IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>ZACHARY COBLE,<br>　　　　Defendant. | No. 6:09-mj-00100-YNP-1<br>ORDER OF RELEASE |

The above named defendant having been sentenced on June 8, 2009 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: June 9, 2009

　　　　　　　　　　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　GARY S. AUSTIN
　　　　　　　　　　　　　　　　U.S. Magistrate Judge

9/26/96 exonbnd.frm

1